UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)   3:09-md-02100-DRH<br>)<br>)   MDL No. 2100<br>) |

**This Document Relates to:**

| | |
|---|---|
| *Marlysa Atkinson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10456-DRH |
| *Katrin Bivens v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10748-DRH |
| *Angela Cobb v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11581-DRH |
| *Dorothea Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13316-DRH |
| *Joan Deigl v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10883-DRH |
| *Stevie Fanning v. Bayer Corporation, et al.* | No. 10-cv-20242-DRH |
| *Frances Gaither v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10157-DRH |
| *Angela George v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11621-DRH |
| *Tasha Glutting v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10094-DRH |
| *Teresa Griest v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10822-DRH |
| *Stephanie Hayes, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11478-DRH |
| *Nicole Horton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10419-DRH |
| *Whitney Lenci v. Bayer HealthCare* | No. 13-cv-10158-DRH |

| | |
|---|---|
| *Pharmaceuticals Inc., et al.* | |
| *Stacey Ruiz v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10161-DRH |
| *Tracy Ruvolo v. Bayer Corporation, et al.* | No. 13-cv-10190-DRH |
| *Jennifer Sager v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13092-DRH |
| *Heather Schroeder, et al. v. Bayer Corporation, et al* | No. 10-cv-20244-DRH |
| *Tamara Severin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13767-DRH |
| *Kristina Sexton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12415-DRH |
| *Ashley Vellequette, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11202-DRH |
| *Victoria Williams v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11286-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to stipulations of dismissal and/or orders of dismissal filed to date, the above captioned cases are ready for judgment and are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                            JUSTINE FLANAGAN,
                                            **ACTING CLERK OF COURT**

                                            BY: /s/*Caitlin Fischer*
                                                      **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.09.02 11:40:57 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT

3